```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION
```

GALDERMA LABORATORIES, L.P.,   §
and GALDERMA S.A.              §
                               §
VS.                            §   CIVIL ACTION NO.4:06-CV-471-Y
                               §        [EVEN DOCKET LAW CLERK]
ACTAVIS MID ATLANTIC LLC       §

ORDER GRANTING JOINT MOTION TO EXTEND PRETRIAL DEADLINES

Pending before the Court is the parties' Joint Motion to Extend Pretrial Deadlines [doc. #123]. After a review of the motion, the Court GRANTS it.

Accordingly, it is ORDERED that the deadlines in the Court's order dated October 27, 2008, are extended as follows:

> Rebuttal expert-witness designations shall be made by each party no later than **January 9, 2009.** Actavis's rebuttal expert witness designations regarding secondary indicia of non-obviousness shall be made by **February 9, 2009**. Any motions challenging these designations shall be filed by **April 23, 2009.**
>
> The parties shall cease all discovery activity under the Federal Rules of Civil Procedure by 4:00 p.m. on **March 25, 2009**.
>
> The parties must file all other pretrial and dispositive motions except motions in limine no later than 4:00 p.m. on **April 23, 2009.**[1]

---

[1] Regarding summary-judgment motions, the parties shall proceed as though local civil rules 56.3(b) and 56.4(b) contain the word "must" instead of the word "may" in their first lines. That is, all matters required by local civil rules 56.3(a) and 56.4(a) must be set forth in the party's brief.

All other deadlines and instructions stated in the Court's Second Amended Initial Scheduling Order remain in effect.

SIGNED December 9, 2008.

                                             /s/ Terry R. Means
                                             TERRY R. MEANS
                                             UNITED STATES DISTRICT JUDGE