UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
201 UNITED STATES COURTHOUSE
501 WEST TENTH STREET
FORT WORTH, TEXAS 76102

CHAMBERS OF
JUDGE TERRY R. MEANS

817-850-6670

December 5, 2008

Mr. Michael C. Wilson
Munck Carter PC
600 Banner Place
12770 Coit Rd.
Dallas, TX 75251

Mr. Steven M. Amundson
Frommer Lawrence & Haug, LLP
745 Fifth Ave.
New York, NY 10151

Re:  4:06-CV-471-Y; Galderma Laboratories, L.P. and Galderma
     S.A. v. Actavis Mid Atlantic LLC

Dear Messrs. Wilson and Amundson:

The Court has, for a third time, received documents related to this case. As set out in the Court's previous letter, on July 22, 2008, the clerk's office received a group of documents from the Tribunal de Grande Instance de Grasse. These documents were entirely in French and were, therefore, returned by the clerk's office with a letter noting that all documents filed with the clerk must be in English. On November 4, the clerk's office again received these documents, as well as additional documents from the French Ministere de la Justice. These documents appeared to relate to this case and, more specifically, to Galderma Laboratories, L.P., and Galderma S.A.

The Court has since received a third set of documents--transcripts of depositions apparently conducted by attorneys with Frommer, Lawrence & Haug, LLP. These transcripts were also received from the French Ministere de la Justice. Once again, the Court reminds counsel that discovery materials are accepted for filing only under specific circumstances. See N.D. TEX. LOC. CIV. R. 5.2. The Court will not continue to act as a medium between the French authorities and the parties in the conduct of discovery. The parties must provide their own mailing information to the

French authorities so that the Court need not continue to receive and forward documents.

                            Sincerely,

                            *Terry R. Means*
                            Terry R. Means

TRM/jar

cc:   Carl Riehl
       Debevoise & Plimpton
       919 Third Ave
       New York, NY 10022

       Daniel E. Venglarik
       Munck Carter PC
       600 Banner Place
       12770 Coit Rd
       Dallas, TX 75251

       David H. Bernstein
       Debevoise & Plimpton
       919 Third Ave
       New York, NY 10022

       E. Leon Carter
       Munck Carter PC
       600 Banner Place
       12770 Coit Rd
       Dallas, TX 75251

       Jamil N. Alibhai
       Munck Carter PC
       600 Banner Place
       12770 Coit Rd
       Dallas, TX 75251

       John J. Butrus, Jr
       Munck Butrus Carter PC
       600 Banner Place
       12770 Coit Rd
       Dallas, TX 75251

       Mark D. Johnson
       Law Offices of Mark D. Johnson
       14677 Midway Rd
       Suite 135
       Addison, TX 75001

William A. Munck
Munck Carter PC
600 Banner Place
12770 Coit Rd
Dallas, TX 75251

Amanda Bush
Jackson Walker
301 Commerce St
Suite 2400
Fort Worth, TX 76102

Edgar H. Haug
Frommer Lawrence & Haug LLP
745 Fifth Ave
New York, NY 10151

Jay K. Rutherford
Jackson Walker
301 Commerce St
Suite 2400
Fort Worth, TX 76102

Kevin Murphy
Frommer Lawrence & Haug
745 Fifth Ave
New York, NY 10151

Nicholas F. Giove
Frommer Lawrence & Haug LLP
745 Fifth Ave
New York, NY 10151