IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| GALDERMA LABORATORIES, L.P. and GALDERMA S.A., | § § § | |
| Plaintiffs-Counterclaim Defendants, | § § § | |
| v. | § § | CIVIL NO. 4:06-CV-00471-Y ECF |
| ACTAVIS MID ATLANTIC LLC, | § § § | |
| Defendant-Counterclaim Plaintiff. | § | |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Galderma Laboratories, L.P., and Galderma S.A. and Defendant Actavis Mid Atlantic, L.L.C., through their respective counsel, file this Stipulation for Dismissal Without Prejudice, as follows:

1. This action and claims and counterclaims brought herein are dismissed without prejudice.

2. Each party shall bear its own costs and fees.

3. Notwithstanding the dismissal, the Court retains jurisdiction over this matter for the purposes of enforcing the parties' settlement agreement should any disputes arise under that agreement.

Respectfully submitted,

*s/ Jamil N. Alibhai*
Michael C. Wilson
Texas State Bar No. 21704590
Jamil N. Alibhai
Texas State Bar No. 00793248
Daniel E. Venglarik
Texas State Bar No. 00791851
**MUNCK CARTER, P.C.**
600 Banner Place Tower
12770 Coit Road
Dallas, Texas  75251
Telephone:    (972) 628-3600
Facsimile:     (972) 628-3616

**ATTORNEYS FOR PLAINTIFFS/
COUNTER-DEFENDANTS
GALDERMA LABORATORIES, L.P.
AND GALDERMA S.A.**

**OF COUNSEL:**

David H. Bernstein, Esq.
Carl Riehl, Esq.
DEBEVOISE & PLIMPTON LLP
919 Third Ave.
New York, NY  10022
Telephone:    (212) 909-6000
Facsimile:     (212) 909-6836

*s/ Steven M. Amundson*
Edgar H. Haug, Esq.
Steven M. Amundson, Esq.
FROMMER LAWRENCE & HAUG, LLP
745 Fifth Ave.
New York, NY  10151
Telephone: (212) 588-0800
Facsimile: (212) 588-0500

*And*

Jay K. Rutherford, Esq.
Texas State Bar No. 17451200
Amanda L. Bush, Esq.
Texas State Bar No. 24042161
JACKSON WALKER, L.L.P.
301 Commerce St., Suite 2400
Ft. Worth, Texas  76102
Telephone: (817) 334-7200
Facsimile: (817) 334-7290

**ATTORNEYS FOR DEFENDANT/
COUNTER-PLAINTIFF ACTAVIS
MID ATLANTIC, L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this instrument was served upon counsel of record via ECF on December 24, 2008.

*s/ Jamil N. Alibhai*