IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

GALDERMA LABORATORIES, L.P.,   §
and GALDERMA S.A.              §
                               §
v.                             §   CIVIL ACTION NO.4:06-CV-471-Y
                               §
ACTAVIS MID ATLANTIC LLC       §

### FINAL JUDGMENT

Pending before the Court is the parties' Stipulation for Dismissal Without Prejudice [doc. #126]. After review of the stipulation, the Court GRANTS it.

Accordingly, under Federal Rules of Civil Procedure 41(a)(1) and 58, all claims in this cause are hereby DISMISSED WITHOUT PREJUDICE. All costs under 28 U.S.C. § 1920 are taxed against the party that incurred them.

SIGNED December 30, 2008.

_Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/jar